989 A.2d 342

Frank RUSSELL, Jr., Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Respondent.

Supreme Court of Pennsylvania.

Feb. 18, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 18th day of February, 2010, the Application for Appointment of Counsel, the Motion to Submit Supplement to Allowance of Appeal and the Petition for Allowance of Appeal are hereby **DENIED.**